2005 OK 56

**In the MATTER of the SUSPENSION OF MEMBERS OF the OKLAHOMA BAR ASSOCIATION FOR NONPAYMENT OF 2005 DUES.**

**No. SCBD–5075.**

Supreme Court of Oklahoma.

June 27, 2005.

As Amended Sept. 12, 2005.

### *ORDER OF SUSPENSION*

JOSEPH M. WATT, Chief Justice.

¶ 01　This matter comes on before this Court for consideration of the *Recommendation for Suspension for Nonpayment of Dues* submitted by the Board of Governors of the Oklahoma Bar Association, for suspension of members from membership in the Association and from the practice of law in the State of Oklahoma, for failure to pay their dues as members of such Association for the year 2005, as provided by the Rules Creating and Controlling the Oklahoma Bar Association.

¶ 02　The Court having considered said Recommendation finds that the members of the Oklahoma Bar Association, named in the attached Exhibit, should be and are hereby suspended from membership in the Association and from the practice of law in the State of Oklahoma for failure to pay membership dues for the year 2005, as provided by the Rules Creating and Controlling the Oklahoma Bar Association.

ALL JUSTICES CONCUR.

### EXHIBIT A

| Name | Address | OBA No. |
|---|---|---|
| Jerry Alcorn | 6309 Fitzgerald Ct., Garland, TX 75044 | OBA No. 13173 |
| Mary Kathryn Behlen | PO Box 6538, Edmond, OK 73083–6538 | OBA No. 11321 |
| Christine M. Benson | Apt 10 523 Beacon St., Boston, MA 02215–2304 | OBA No. 17843 |
| Glen Joseph Blake | P.O. Box 50001, Tulsa, OK 74150–0001 | OBA No. 18655 |
| Melvin C. Bloomfield | 6144 S. New Have Ave, Tulsa, OK 74136 | OBA No. 892 |
| Richard Wayne Bohan | 8915 Red Cloud Road, Houston, TX 77065 | OBA No. 11229 |
| Alford A. Bratcher | RR 4, Box 224 G, Duncan, OK 73533–9437 | OBA No. 13661 |
| John Bernard Buckun | 20 N. Broadway, Ste 1800, Oklahoma City, OK 73102 | OBA No. 19765 |
| Geoffrey Layton Burks | 1015 Providence Towers E. 5001 Spring Valley Rd., Dallas, TX 75244 | OBA No. 18664 |
| David M. Casey | 1903 W. University, Stillwater, OK 74074 | OBA No. 1544 |
| Christi Ann Chapman | PO Box 370, Madill, OK 73446 | OBA No. 18545 |
| Keith Tulloss Childers | 5017 Steanson # E, Oklahoma City, OK 73112 | OBA No. 1657 |
| Lana Cohlmia | 4312 N. Classen Blvd., Oklahoma City, Ok 73118 | OBA No. 11267 |
| Loeva Jane Martin Cook | 622 New Jersey Ave., Norfolk, VA 23508 | OBA No. 1870 |
| John Fram Dexter | 6608 N. Western PMB # 607, Oklahoma City, OK 73116 | OBA No. 2334 |
| Craig Dodd | PO Box 452342, Grove, OK 74345–2342 | OBA No. 2388 |
| Philip Wayne Durrill | 2833 SW 108 St., Oklahoma City, OK 73170–2463 | OBA No. 2564 |
| Shane Mark Egan | 767 Fifth Ave., New York, N.Y. 10153 | OBA No. 15545 |
| David Jonathan Fishman | PO Box 290060, Brooklyn, N.Y. 11229–0060 | OBA No. 15007 |
| Christy Lynn Forth | 1701 S. Kelly Ave., Edmond, OK 73013–3623 | OBA No. 19807 |

| | |
|---|---|
| James Jones Fuqua<br>683 Lazy U Ranch Road<br>Quanah, TX 79252–8076 | OBA No. 13502 |
| Richard Alan Gurley<br>1016 Grover Lane<br>Norman, OK 73069 | OBA No. 10828 |
| Michael K. Harrah<br>6301 Gaelic Glen Dr.<br>Oklahoma City, Ok 73142 | OBA No. 3880 |
| Kimberly Ann Hart<br>611 K Ste NE<br>Washington, DC 20002–3529 | OBA No. 19474 |
| Russell Wayne Hasenbank<br>101 W 4th St.<br>Liberal, KS 67901–3224 | OBA No. 18280 |
| Michael Charles Heathco<br>PO Box 406<br>Lawton, OK 73502–0406 | OBA No. 14580 |
| Fausto Hernandez<br>3772 E. Timberline Rd.<br>Gilbert, AZ 85297 | OBA No. 14422 |
| Eugenia Maria Hernandez<br>PO Box 2624<br>Iowa City, IA 52244 | OBA No. 18909 |
| Scott McLaurin Higginbotham<br>PO Box 237<br>Dumas, TX 79029 | OBA No. 15122 |
| William Harvey Hinkle<br>1730 W. Virgin Street<br>Tulsa, OK 74127–2510 | OBA No. 4229 |
| Jacklynn Grace Hoplight<br>6530 N. 74th West Ave.<br>Tulsa, OK 74126 | OBA No. 18944 |
| Paula Ann Jackson<br>2416 S. Saint Louis Ave<br>Tulsa, OK 74114–2720 | OBA No. 12349 |
| Robert H. Jaques II<br>2424 Timber Terrace<br>PO Box 130<br>Ada, OK 74820 | OBA No. 12350 |
| Michael E. Karney<br>140 Chambord Dr.<br>Maumelle, AR 72113 | OBA No. 12358 |
| Barbara Anne Ketring–Beuch<br>201 W. Broadway, Ste 1<br>North Little Roc, AR 72114 | OBA No. 17211 |
| Kimberly D. King–Hopkins<br>MD 41–3<br>One Williams Ctr<br>Tulsa, OK 74172 | OBA No. 19025 |
| Jon Howard Krause<br>1 Colony Trail Dr.<br>Mandeville, LA 70448 | OBA No. 5113 |
| Mark Douglas Mainprize<br>23804 E. Tecumseh Ave.<br>Catoosa, OK 74015 | OBA No. 16268 |
| Guinise Marie Marshall<br>11515 Stagecoach Trl<br>Oklahoma City, OK 73114 | OBA No. 13902 |
| Ellen Traub Martin<br>5303 Marsh Creek Dr.<br>Austin, TX 78759 | OBA No. 13536 |
| Camille Ruth Martin<br>6052 B W Britton Rd. # D<br>Oklahoma City, OK 73132 | OBA No. 20088 |
| Shirley Ann Marzan<br>15889 SW 66th Terr<br>Miami, FL 33193 | OBA No. 17092 |
| John David Merritt<br>1917 Riverside Drive Apt C<br>Tulsa, OK 74119 | OBA No. 18777 |
| Tami D. Mickelson<br>2608 Callahan<br>Muskogee, OK 74403 | OBA No. 13400 |
| Kenneth Lee Miller<br>1112 Merlin Way<br>Bakersfield, CA 93301 | OBA No. 6216 |
| Richard E. Minshall<br>320 S. Boston, Ste 825<br>Tulsa, OK 74103 | OBA No. 6252 |
| James Von Murray<br>PO Box 2224 919 S. Main St.<br>Stillwater, OK 74076 | OBA No. 11448 |
| J. David Mustain<br>9 E 4th St, Ste 200<br>Tulsa, OK 74103 | OBA No. 13132 |
| Peter Gregory Pariseau<br>PO Box 35827<br>Tulsa, OK 74153–0827 | OBA No. 14863 |
| Robert C. Payden<br>717 S. Houston, Ste 509<br>Tulsa, OK 74127 | OBA No. 6980 |
| Mary Allison Pride<br>535 S. Mason Ste 211<br>Katy, TX 77450 | OBA No. 16530 |
| Dale Troy Rich<br>7337 W 36<br>Tulsa, OK 74107 | OBA No. 11161 |
| Wallace Allen Richardson<br>1248 O St. Ste 1000<br>Lincoln, NE 68508 | OBA No. 7556 |

William David Ridout
6716 S. St. Louis Ave.
Tulsa, OK 74136

OBA No. 7572

Scott Gerald Robelen
3987 S. Gessner # 360
Houston, TX 77063

OBA No. 14016

Gary Howard Roden
307 Colony Dr.
Norman, OK 73072

OBA No. 12457

Denise P. Romer
215 E. 20th St.
Tulsa, OK 74119

OBA No. 20104

Jon R. Running
PO Box 190354
Dallas, TX 75219

OBA No. 7826

Clinton Dale Russell
Rt. 1, Box 167
Marlow, OK 73055

OBA No. 13768

Patrick Joseph Sacco
20 Hanson St. Apt 3
Boston, MA 02118

OBA No. 18986

Jeffrey Carter Sacra
601 South Boulder
Tulsa, OK 74119

OBA No. 15342

Travis Alan Scaggs
3217 E 28th St.
Tulsa, OK 74114

OBA No. 19212

James Carl Schlecht
3034 Lacey
Chickasha, OK 73018–7323

OBA No. 15619

Fred M. Schraeder
1711 E. 15th St.
Tulsa, OK 74104

OBA No. 7981

DeVan Sharbrough
PO Box 35858
Tulsa, OK 74153–0858

OBA No. 14430

Joseph Michael Sherrod
10324 Greenbriar Pl. Ste A
Oklahoma City, OK 73159

OBA No. 11992

Dean Michael Solberg
Ste 100–B
5711 E 71st St.
Tulsa, OK 74136

OBA No. 12490

James W. Spradling II
5616 Lake Side Drive
Bossier City, LA 71111

OBA No. 10676

Robert Wane Stansel
211 N. Robinson, Ste 1950
Oklahoma City, OK 73102

OBA No. 18607

Douglas G. Stuart

OBA No. 8705

210 E. Cherokee St.
Wagoner, OK 74467

Leigh Herbert Taylor
675 S. Westmoreland Ave.
Los Angelos, CA 90005

OBA No. 8873

Donald Dewayne Thompson
222 E. Dewey
Sapulpa, OK 74066

OBA No. 8957

Steven W. Vincent
Ste 401
403 S. Cheyenne Ave.
Tulsa, OK 74103

OBA No. 9237

Amber Lee Wade
819 Woodmere Creek Loop
Vestavia Hills, Al 35226

OBA No. 19248

Joseph David Weinstock
PO Box 1341 Yale St. # 5
Santa Monica, CA 90404

OBA No. 19252

Laurie Ann Welborn
9806 Pleasant Rd.
Daphne, AL 36526

OBA No. 13539

Barbara Anne West
1516 Avondale Drive
Norman, OK 73069

OBA No. 18489

Christopher Robert Western
1220 E 25th Street
Tulsa, OK 74114

OBA No. 19970

John Matthew Whitworth
100 S. Wheeler
Sallisaw, OK 74955–4620

OBA No. 18157

James S. Wooley
420 Greenridge Ct.
Debray, FL 32713

OBA No. 9881

Margaret M. Zarbono
1941 S. 42nd St. Ste 500
Omaha, NE 68105

OBA No. 10166